The Memorandum Decision and Order below is signed.
Dated: July 8, 2008.



```
                    _____
                    S. Martin Teel, Jr.
                    United States Bankruptcy Judge
```

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

```
In re                         )
                              )
NICOLETTA STEPHANZ,           )   Case No. 04-01597
                              )   (Chapter 7)
              Debtor.         )
```

MEMORANDUM DECISION AND ORDER STRIKING APPEARANCE OF COUNSEL

The debtor has filed a praecipe requesting the clerk of court to remove the law firm representing her from the case (Docket Entry No. 61).  Our Local Bankruptcy Rules address how an attorney may file a motion for leave to withdraw from the case. Here, in contrast, it is the debtor who has filed a paper seeking to strike the appearance of the law firm representing her, and the Local Bankruptcy Rules are silent regarding a debtor seeking to strike the appearances of the attorneys representing her.  The praecipe was filed the same day as the meeting of creditors, and this suggests that the debtor submitted the praecipe so that the trustee would be able to question the debtor at the meeting of creditors without her counsel being present.  It would be preferable for the law firm to have filed a motion to withdraw in

accordance with Local Bankruptcy Rule 2091-1, and the law firm faced the risk that by failing to appear on the debtor's behalf at the meeting of creditors, the law firm could be sanctioned had the debtor had a change of heart about representation, resulting in the trustee having to delay the meeting.  But the debtor has made clear that she no longer wishes to be represented by the law firm.  It is thus

ORDERED that the appearances of Erik G. Soderberg and Gary F. Weltmann of the law firm of Papermaster & Weltmann, P.C., as counsel for the debtor are stricken, and their appearances are deemed withdrawn.

[Signed and dated above.]

Copies to: Debtor;

Erik G. Soderberg, Esq.
Papermaster & Weltmann, P.C.
30 West Gude Drive, Suite 450
Rockville, MD 20850

Gary F. Weltmann, Esq.
Papermaster & Weltmann, P.C.
30 West Gude Drive, Suite 450
Rockville, MD 20850